UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-09-2798 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER HOUSTON, | § § | |
| | § | |
| Defendant. | § | |

## ORDER

Fed.R.Civ.P.4(m) requires defendant(s) to be served within 120 days after the time of filing of the complaint. The failure of plaintiff(s) to file proof of service within 120 days after the filing of the complaint may result in dismissal of this action by the court on its own initiative.

The plaintiff has not served the summons since the filing of the complaint. The plaintiff will perfect service, including filed proof, within the 120 days or this action will be dismissed for want of prosecution, Fed.R.Civ.P.4(m).

The initial pretrial/scheduling telephone conference is reset to February 8, 2010 at 3:15 p.m. The plaintiff is responsible for placing the call and insuring that all parties are on the line. The call shall be placed to 713-250-5613. The joint report of meeting and joint discovery/case management plan is due by January 29, 2010.

SIGNED at Houston, Texas this 10th day of December, 2009.

_____
Kenneth M. Hoyt
United States District Judge