AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:09-cv-02708

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **University of Texas Health Science Center Houston**
was received by me on *(date)* **Dec. 14, 2009**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **Arlene O. Staller, J.D.**, who is designated by law to accept service of process on behalf of *(name of organization)* **University of Texas Health Science Center Houston At 3:10 p** on *(date)* **Dec. 14, 2009**; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **Dec. 15, 2009**

*Server's signature*

**(SCH #1312) Larry White (Process Server)**
*Printed name and title*

**P O Box 10096 Houston TX 77206-0096**
*Server's address*

Additional information regarding attempted service, etc:

United States Courts
Southern District of Texas
FILED
DEC 1 6 2009
Clerk of Court

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| EDITH PALOS <br> *Plaintiff* <br> v. <br> UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER HOUSTON <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> Civil Action No. 4:09-cv-02798 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* University of Texas Health Science Center Houston
c/o President
7000 Fannin St.
Houston, Texas 77030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Larry Watts
Watts & Associates
P.O. Box 2214
Missouri City, Texas 77459

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DAVID J. BRADLEY**
CLERK OF COURT

Date:   DEC 1 4 2009

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Texas

Case Number: 4:09-CV-0798

Plaintiff:
**Edith Palos**

vs.

Defendant:
**University of Texas Health Science Center Houston**

For:
Larry Watts
Watts & Associates
P.O. Box 2214
Missouri City, TX  77459

Received by IT SHALL BE DONE CIVIL PROCESS on the 14th day of December, 2009 at 12:15 pm to be served on **University Of Texas Health Science Center Houston c/o President, 7000 Fannin St., Houston, Harris County, TX 77030**.

I, Larry White, do hereby affirm that on the **14th day of December, 2009 at 3:10 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint in a Civil Action** with the date and hour of service endorsed thereon by me, to: **Office of Legal Affairs, Arlene D. Staller, J.D. as V-President And Chief Legal Officer** for University Of Texas Health Science Center Houston, at the address of: **7000 Fannin St., Houston, Harris County, TX 77030**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am of sound mind and capable of making this Affidavit. I am an adult over the age of 18, have no interest in the above action nor a party to. I have never been convicted of any felony or of any crime of moral turpitude and I am State Certified and Authorized to serve process under rule 103 and 536(a), to serve citations and other notices of the court.

Larry White
SCH# 1312

IT SHALL BE DONE CIVIL PROCESS
P.O. Box 10096
Houston, TX  77206-0096
(281) 586-9621

Our Job Serial Number: 2009000670

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x