IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS, § | | |
|     *Plaintiff*, § | Civ. Action No. 4:09-cv-02798 | |
| § | | |
| v. § | | |
| § | | |
| UNIVERSITY OF TEXAS HEALTH § | | |
| SCIENCE CENTER AT HOUSTON, § | | |
|     *Defendant*. § | | |
| § | | |

_____

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**
_____

TO THE HONORABLE KENNETH M. HOYT, UNITED STATES DISTRICT JUDGE:

Pursuant to the Order For Conference And Disclosure Of Interested Parties, Defendant University of Texas Health Science Center at Houston files this Certificate Of Interested Parties and identifies the following interested parties:

Edith Palos
c/o Larry Watts
P.O. Box 2214
Missouri City, Texas 77459
*Plaintiff*

Larry Watts
P.O. Box 2214
Missouri City, Texas 77459
*Attorney for Plaintiff*

University of Texas Health Science Center at Houston
7000 Fannin Street
Houston, Texas 77030
*Defendant*

Dated:  January 4, 2010

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

 /s/ Darren G. Gibson_____
**DARREN G. GIBSON**
Attorney-In-Charge
Texas Bar No. 24068846
Southern District No. 1041236
Darren.Gibson@oag.state.tx.us
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

*ATTORNEYS FOR DEFENDANT UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of Defendant's Certificate Of Interested Parties was served via the *CM/ECF system* on January 4, 2010, to:

Larry Watts
P.O. Box 2214
Missouri City, Texas 77459
*Attorney for Plaintiff*

                                              /s/ Darren G. Gibson
                                            **DARREN G. GIBSON**
                                            Assistant Attorney General