UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDITH PALOS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-09-2798 |
| § | |
| UNIVERSITY OF TEXAS HEALTH § | |
| SCIENCE CENTER HOUSTON, § | |
| § | |
| Defendant. § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON February 8, 2010 at 5:00 p.m.**

| Appearance for Plaintiff | Appearance for Defendant |
|---|---|
| Laurence Wade Watts | Darren Glenn Gibson |

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | July 19, 2010 |
| Report furnished by: | July 19, 2010 |
| Defendant's experts to be designated by: | August 19, 2010 |
| Report furnished by: | August 19, 2010 |
| Discovery to be completed by: | September 30, 2010 |
| Dispositive motions due by: | September 30, 2010 |
| Docket call to be held at 11:30 a.m. on: | December 6, 2010 |
| Estimated trial time: 3 – 4 days | Jury |

The following rulings were made:

The initial disclosures are due on or before February 19, 2010, pursuant to FRCP 26(f).

It is so ORDERED.

SIGNED at Houston, Texas this 9th day of February, 2010.

_____
Kenneth M. Hoyt
United States District Judge