IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS,<br>*Plaintiff* | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CA: H-09-2798 |
| UNIVERSITY OF TEXAS HEALTH<br>SCIENCE CENTER HOUSTON<br>*Defendant* | §<br>§<br>§ | TRIAL BY JURY DEMANDED |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR CONTINUANCE TO RESPOND TO DEFENDANTS' WRITTEN DISCOVERY**

TO THE HONORABLE JUDGE OF SAID COURT:       .

COMES NOW, **Edith Palos**, Plaintiff, and gives this her Notice of Withdrawal of Motion for Continuance to Respond to Defendant's various written discovery served on May 4, 2010; and for cause, Plaintiff would show the following:

1. Opposing Counsel faxed a letter to Plaintiff's counsel at 3:53 P.M. after Plaintiff's counsel had left his office and repaired to the library.

2. Opposing counsel emailed Plaintiff's at      P.M. and advised of the letter and withdrawal of opposition or agreement to the extension.

3. Opposing counsel, having agreed in writing to do that which had not been

done at approximately 3:04 P.M. when both counsel spoke by phone, Plaintiff withdraws her subject motion to extend.

4. Opposing counsel has agreed to extend response time of Plaintiff until June 21, 2010. The response date was on June 3, 2010.

>Respectfully submitted,
>WATTS & ASSOCIATES,
>
>By: /S/LW
>    Larry Watts, 20981000, 7092
>    P.O. Box 2214
>    Missouri City, Texas 77459
>    (281) 431-1500
>    (281) 431-1298 (Fax)
>    *Attorney in Charge for Plaintiff*

## CERTIFICATE OF CONFERENCE

I, Larry Watts, certify that I received an email and letter by fax withdrawing opposition / agreeing to the extension.

>/S/ LW
>Larry Watts

## VERIFICATION

I, Larry Watts, verify that the facts stated herein are true and correct according to my personal knowledge, subjectc to the penalties of perjury.

>/S/LW
>Larry Watts

## CERTIFICATE OF SERVICE

I Larry Watts certify that a true and correct copy of this document has been served on opposing counsel by filing with the Clerk's CM/ECF filing system on this the 13, day of June, 2010.

/S/LW
Larry Watts

## CERTIFICATE OF SERVICE

I hereby certify that a true, complete, and correct copy of the foregoing Plaintiff's Initial Disclosures was served, via FAX and via filing with the Court's CM/ECF filing system, on June 13, 2010 to the following:

Darren G. Gibson, Assistant Attorney General,
General Litigation Division,
P.O. Box 12548,
Capitol Station, Austin, Texas 78711-2548,
FAX 512. 320 0667

/S/ LW

Larry Watts