IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CA: H-09-2798 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER AT HOUSTON | § | TRIAL BY JURY DEMANDED |
|     *Defendants,* | § | |

**PLAINTIFF'S CERTIFICATE OF WRITTEN DISCOVERY**

TO THE HONORABLE JUDGE OF SAID COURT,

Please take notice that Plaintiff, Edith Palos, has served the following discovery responses on Defendant, University of Texas Health Science Center At Houston:

1. Plaintiff's Answers to Defendant's First Set of Interrogatories;
2. Plaintiff's Response to Defendant's First Request for Production;
3. Plaintiff's Response to Defendant's Second Request for Production; and
4. Plaintiff's Amended Answers to Defendant's First Set of Interrogatories.

Service of these discovery responses on Defendant was made via e-mail to the attorney of record for Defendant on June 22, 2010 and June 23, 2010.

Respectfully submitted,

WATTS & ASSOCIATES,

By: /S/LW
Larry Watts 20981000, 7092
P.O. Box 2214
Missouri City, Texas 77459
Telephone: (281) 431-1500
Facsimile: (281) 431-1298
E-mail: WattsTrial@gmail.com

**CERTIFICATE OF SERVICE**

    I, Larry Watts, certify that a true and correct copy of this document has been served on opposing counsel via electronic filing with the clerk's CM/ECF system on this, the 23rd of June, 2010.

/S/LW
Larry Watts