IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CA: 4:09-cv-2798 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER AT HOUSTON | § | TRIAL BY JURY DEMANDED |
|     *Defendants*, | § | |

## PLAINTIFF'S CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Plaintiff, Edith Palos, has served the following discovery responses on Defendant, University of Texas Health Science Center Houston:

1. Plaintiff's Supplemented Answers to Defendant's First Set of Interrogatories, via facsimile on July 16, 2010;

2. Plaintiff's Supplemented Responses to Defendant's First and Second Requests for Production with responsive documents, via facsimile on July 16, 2010; and

3. Additional supplemental documents responsive to Defendant's First Request for Production, via e-mail on July 20, 2010.

1

Respectfully submitted,

WATTS & ASSOCIATES,

/S/LW_____
Larry Watts
SBN 20981000; FID 7092
P.O. Box 2214
Missouri City, Texas 77459
Telephone: (281) 431-1500
Facsimile: (281) 596-7279; OR
          (281) 431-1298
E-mail: wattstrial@gmail.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Larry Watts, certify that a true and correct copy of this document has been served on opposing counsel via electronic filing with the clerk's CM/ECF system on this the 20th of July, 2010.

/S/LW_____
Larry Watts