UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-09-2798 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER HOUSTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER FOR EXPEDITED RESPONSE

The plaintiff's opposed motion to extend deadlines to designate expert witnesses and file expert reports (#12) has been filed. A response to this motion is required on an expedited basis. The response is due no later than July 30, 2010.

SIGNED at Houston, Texas this 26th day of July, 2010.

_____
Kenneth M. Hoyt
United States District Judge