IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS, | § | |
|     *Plaintiff*, | § | Civ. Action No. 4:09-cv-02798 |
| | § | |
| v. | § | |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER AT HOUSTON, | § | |
|     *Defendant*. | § | |
| | § | |

---

**ORDER**

---

On this day, the Court considered Plaintiff's Motion to Extend Deadlines to Designate Expert Witnesses and File Expert Reports (the "Motion") and Defendant's, University of Texas Health Science Center at Houston, Response to the Motion, which indicates a lack of opposition to the two-week extension of the expert designation deadline.

IT IS THEREFORE ORDERED that Plaintiff's Motion is **GRANTED.** It is ORDERED that Plaintiff designate any expert witnesses by August 2, 2010, and furnish expert reports by the same date, and that Defendant's expert designation and report production date is extended to September 2, 2010. It is further ordered that Plaintiff's attorney produce Plaintiff for deposition on August 10, 2010.

SIGNED THIS _____ DAY OF _____, 2010.

_____
**HONORABLE KENNETH M. HOYT**
UNITED STATES DISTRICT JUDGE