IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS, § | | |
|     *Plaintiff* § | | |
| § | | |
| v. § | CA: H-09-2798 | |
| § | | |
| UNIVERSITY OF TEXAS HEALTH § | | |
|   SCIENCE CENTER HOUSTON, § | TRIAL BY JURY DEMANDED | |
|     *Defendant* § | | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW Plaintiff, Edith Palos ("Plaintiff"), and hereby designates the following expert witnesses:

1.    Ruth Ellen Allbritton, M.D. (treating physician)
    Psychiatry
    18333 Egret Bay Blvd., Suite 305
    Houston, Texas 77058
    281-333-5740

2.    Jeanmarie K. Salinas, M.D. (treating physician)
    Gynecology and Women's Heath
    11914 Astoria Blvd. #575
    Houston, Texas 77089
    281-996-7788

3.    Mukesh Patel, M.D. (internal medicine) (treating physician)
    Bay Area Medical Clinic
    1192 Astoria Blvd., Ste 280
    Houston, Texas 77088
    281-464-8988

4. Fernando Torres, M.D. (treating physician)
   Psychiatry
   2001 Ladbrook Drive
   Kingwood, Texas 77339
   281-361-6400

5. Aida Berkman (treating healthcare provider)
   Counseling and Psychotherapy Services
   2650 Fountainview, Suite 226
   Houston, Texas 77057
   713-974-3032

6. Any and all physicians currently or formerly employed, either full- or part-time or by contract, with Defendant, University of Texas Health Science Center Houston, who counseled or treated Plaintiff at any time during her employment with Defendant.

Respectfully submitted,

WATTS & ASSOCIATES,


/S/ LW
Larry Watts
S.B.N. 20981000; FID 7092
P.O. Box 2214
Missouri City, Texas 77459
Telephone: (281) 431-1500
Facsimile: (281) 596-7279; OR
         (281) 431-1298
E-mail: wattstrial@gmail.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this document was served on opposing counsel via electronic filing with the clerk's CM/ECF system on this the 2nd of August, 2010.

                                          /S/ LW
                                          Larry Watts