IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS, § | | |
|     *Plaintiff* § | | |
| § | | |
| v. § | CA: H-09-2798 | |
| § | | |
| UNIVERSITY OF TEXAS HEALTH § | | |
|   SCIENCE CENTER HOUSTON, § | TRIAL BY JURY DEMANDED | |
|     *Defendant* § | | |

**ORDER ON PLAINTIFF'S OPPOSED MOTION TO EXTEND
DEADLINES TO DESIGNATE EXPERT WITNESSES
AND FILE EXPERT REPORTS**

Having considered Plaintiff's Opposed Motion to Extend Deadlines to Designate Expert Witnesses and File Expert Reports, the Court hereby GRANTS / ~~DENIES~~ the motion.

8-2-10

_____
Kenneth M. Hoyt
United States District Judge

1