IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | CA: 4:09-CV-02798 |
| UNIVERSITY OF TEXAS | § | |
| HEALTH SCIENCE CENTER | § | |
| HOUSTON, | § | TRIAL BY JURY DEMANDED |
| *Defendant* | § | |

### MOTION OF LARRY WATTS TO WITHDRAW AS COUNSEL FOR PLAINTIFF, EDITH PALOS

COMES NOW Larry Watts ("Movant") and makes this his Motion to Withdraw as Counsel for Plaintiff Edith Palos; and by way hereof, Movant would show the following:

1.   Plaintiff is Edith Palos; Defendant is the University of Texas Health Science Center Houston.

2.   Plaintiff sued Defendant for discriminatory employment practices in violation of the law.

3.   On August 31, 2010, Plaintiff discharged her attorney, Movant Larry Watts. Movant agreed to withdraw as Plaintiff's counsel.

4. Plaintiff's file was delivered on or about September 2, 2010 to Attorney L. Lee Thweatt, who has not committed to taking the case but who is reviewing the file at Plaintiff's request.

5. The attorney-client relationship between Movant and Plaintiff has been terminated by Plaintiff. Further representation of Plaintiff by Movant is impossible.

6. Movant has released all claims for attorneys' fees that he might have by virtue of his Power of Attorney and Fee Agreement with Plaintiff.

7. Movant prays that he be permitted to withdraw as counsel for Plaintiff.

    Respectfully Submitted,

    WATTS & ASSOCIATES

    /S/ LW
    Larry Watts
    Texas Bar No. 20981000; FID 7092
    P.O. Box 2214
    Missouri City, Texas 77459
    Telephone: (281) 431 1500
    Facsimile: (281) 431 1298
    E-mail: wattstrial@gmail.com

## **VERIFICATION**

I, Larry Watts, hereby verify that the facts stated in this motion are true and correct within my personal knowledge upon penalty of perjury.

/S/LW
Larry Watts

## **CERTIFICATE OF SERVICE**

I, Larry Watts, certify that a true and correct copy of this document has been served on opposing counsel via electronic filing with the Clerk's CM/ECF system.

/S/ LW
Larry Watts