**Darren Gibson - Edith Palos**

**From:**     Laurence Watts <wattstrial@gmail.com>
**To:**       Darren Gibson <darren.gibson@oag.state.tx.us>
**Date:**     8/30/2010 6:15 PM
**Subject:**  Edith Palos

Dear Mr. Gibson
Please forgive this late notice, but the decision has just been made and I will be filing a Motion to
Withdraw. I will be present with Ms. Palos to put that annouincement on the record to morrow morning.
However, I will NOT present or defend Ms. Palos at the continuance of her deposition.
With regards,
Larry Watts
--
Larry Watts
Watts & Associates
Civil Rights Lawyers
P.O. Box 2214
Missouri City, Texas 77459
Telephone: 281-431-1500
Fax: 281-431-1298
Privileged, Confidential or Attorney Work Product Information may be contained in, or attached to this
message. If you are not the addressee indicated in this message (or responsible for delivery of the
message to such person), you may not copy, forward, disclose, deliver or otherwise use this message or
any part of it in any form whatsoever. If you receive the message in error, you should destroy this
message after notifying Larry Watts immediately by replying to this message or contacting me at (281)
431-1500.



EXHIBIT

2