**Darren Gibson - Palos Expert Depositions**

**From:** Laurence Watts <wattstrial@gmail.com>
**To:** Darren Gibson <darren.gibson@oag.state.tx.us>
**Date:** 9/5/2010 12:17 PM
**Subject:** Palos Expert Depositions

Mr. Gibson,

As I'm sure you've noticed, we have filed our motion to withdraw as Edith Palos' counsel. Her file is being reviewed by another attorney, but at this time (as far as we know) she is not represented by counsel and the depositions you have noticed for this week will have to be rescheduled. We are also not available on those dates due to scheduling conflicts. If Mr. Thweatt decides to represent Ms. Palos, I'm sure he will get in touch to reschedule. I believe he has already contacted you to inform you that he is not available to attend either.

Thank you,

Kathryn Stabe
Chief Legal Assistant

--
Larry Watts
Watts & Associates
Civil Rights Lawyers
P.O. Box 2214
Missouri City, Texas 77459
Telephone: 281-431-1500
Fax: 281-431-1298
Privileged, Confidential or Attorney Work Product Information may be contained in, or attached to this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy, forward, disclose, deliver or otherwise use this message or any part of it in any form whatsoever. If you receive the message in error, you should destroy this message after notifying Larry Watts immediately by replying to this message or contacting me at (281) 431-1500.



EXHIBIT 3