IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDITH PALOS, § | |
|     *Plaintiff*, § | Civ. Action No. 4:09-cv-02798 |
| § | |
| v. § | |
| § | |
| UNIVERSITY OF TEXAS HEALTH § | |
| SCIENCE CENTER AT HOUSTON, § | |
|     *Defendant*. § | |

**ORDER**

On this day, the Court considered the Motion of Larry Watts to Withdraw as Counsel for Plaintiff (the "Motion") and Defendant The University of Texas Health Science Center at Houston's Response to the Motion.

IT IS ORDERED that the Motion is **GRANTED;**

It is FURTHER ORDERED that if Plaintiff fails to obtain new counsel by September 30, 2010, Plaintiff will proceed *pro se*; and

It is FURTHER ORDERED that the Court's February 9, 2010, scheduling order is amended as follows:

| | |
|---|---|
| Resumption of Plaintiff's deposition by: | October 15, 2010 |
| Discovery to be completed by: | November 30, 2010 |
| Dispositive motions due by: | December 14, 2010 |
| Docket call to be held at _____ on: | February \_\_, 2010 |

SIGNED THIS \_\_\_\_\_ DAY OF _____, 2010.

_____
**HONORABLE KENNETH M. HOYT**
UNITED STATES DISTRICT JUDGE