UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDITH PALOS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-09-2798 |
| § | |
| UNIVERSITY OF TEXAS HEALTH § | |
| SCIENCE CENTER HOUSTON, § | |
| § | |
| Defendant. § | |

## ORDER SETTING HEARING

Pending before the Court is counsel's motion to withdraw as counsel for plaintiff Edith Palos.

It is the policy of this judge that an attorney in charge may not withdraw as counsel for a party unless moving counsel advises the judge, in the motion, of substitution designating the name, address and telephone of the substitute attorney, the signature of the attorney to be substituted, the approval of the client, and an averment that such substitution will not delay any setting currently in effect.

ORDERED that counsel's motion to withdraw as counsel is DENIED at this time. A hearing regarding this motion is set for September 21, 2010 at 8:30 a.m. in Courtroom 11A, 515 Rusk, 11th floor, Houston, Texas.

Plaintiff Edith Palos is required to be present.

SIGNED at Houston, Texas this 8th day of September, 2010.

_____
Kenneth M. Hoyt
United States District Judge