IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS, | § | |
|     *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | CA: 4:09-CV-02798 |
| UNIVERSITY OF TEXAS | § | |
| HEALTH SCIENCE CENTER | § | |
| HOUSTON, | § | TRIAL BY JURY DEMANDED |
|     *Defendant* | § | |

## AMENDED MOTION OF LARRY WATTS TO WITHDRAW AS COUNSEL FOR PLAINTIFF, EDITH PALOS

COMES NOW Larry Watts ("Movant") and makes this his Amended Motion to Withdraw as Counsel for Plaintiff, Edith Palos; and by way hereof, Movant would show the following:

1. Plaintiff is Edith Palos; Defendant is the University of Texas Health Science Center Houston.

2. Plaintiff sued Defendant for discriminatory employment practices in violation of the law.

3. On August 31, 2010, Plaintiff discharged her attorney, Movant Larry Watts. Movant agreed to withdraw as Plaintiff's counsel.

4. On September 4, 2010, Movant filed his Motion to Withdraw as Counsel for Plaintiff, Edith Palos ("Motion to Withdraw").

1

5.     On September 8, 2010, the Court filed an Order denying Movant's Motion to Withdraw "at this time," setting a hearing on Movant's Motion to Withdraw for September 22, 2010 at 8:30 a.m., and stating specific requirements which Movant must meet when filing a motion to withdraw. Movant files this amended motion to comply with those requirements. By separate motion, Movant is also requesting that the hearing be reset.

6.     On August 30, 2010, Plaintiff contacted another attorney, L. Lee Thweatt, for representation. On or about September 2, 2010, a copy of Plaintiff's file was delivered to Attorney Thweatt for review.

7.     Attorney Thweatt has since declined representation of Plaintiff.

8.     Movant's client, Plaintiff, approves of the withdrawal of Movant as her attorney.

9.     Plaintiff has voluntarily chosen to terminate Movant's representation of her. The attorney-client relationship between Movant and Plaintiff has been irreparably damaged. Further representation of Plaintiff by Movant is impossible.

10.    Movant has released all claims for attorneys' fees that he might have by virtue of his Power of Attorney and Fee Agreement with Plaintiff.

11.    In order to avoid interference with the current scheduling order, Movant will be filing an unopposed motion to continue all deadlines in this case by separate motion.

12. This motion is made not for delay, but that justice be done in this matter.

13. WHEREFORE, Movant prays that he be permitted to withdraw as counsel for Plaintiff.

>Respectfully Submitted,
>
>WATTS & ASSOCIATES
>
>/S/ LW
>Larry Watts
>Texas Bar No. 20981000; FID 7092
>P.O. Box 2214
>Missouri City, Texas 77459
>Telephone: (281) 431 1500
>Facsimile: (281) 431 1298
>E-mail: wattstrial@gmail.com

## **VERIFICATION**

I, Larry Watts, hereby verify that the facts stated in this motion are true and correct within my personal knowledge upon penalty of perjury.

>/S/LW
>Larry Watts

## **CERTIFICATE OF SERVICE**

I, Larry Watts, certify that a true and correct copy of this document has been served on opposing counsel via electronic filing with the Clerk's CM/ECF system.

/S/ LW
Larry Watts