UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-09-2798 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER HOUSTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The motion to reset the hearing on Larry Watts' motion to withdraw as counsel for plaintiff is Granted.  The hearing is reset to October 4, 2010 at 10:30 a.m.

Plaintiff Edith Palos is required to be present.

SIGNED at Houston, Texas this 14th day of September, 2010.

_____
Kenneth M. Hoyt
United States District Judge