IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | C.A. NO. 4:09-CV-02798 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER HOUSTON, | § | TRIAL BY JURY DEMANDED |
| *Defendant* | § | |

UNOPPOSED SECOND MOTION TO RESCHEDULE HEARING ON
LARRY WATTS' MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

TO THE HONORABLE KENNETH HOYT, DISTRICT JUDGE:

COMES NOW Larry Watts, Movant, and makes this his Unopposed Motion to Reschedule The Hearing on [his] Motion to Withdraw as Counsel for Plaintiff: and for cause, Movant would show the following:

1.  Movant is scheduled to appear in a Temporary Injunction Hearing in the 136th District Court , Jefferson County, Texas, Beaumont, Texas on October 1, 2010.

2.  Hearing on Movant's Motion herein is set for 10:30 A.M. on Monday, October 4, 2010.

3.  Movant is scheduled to argue before the 5th Circuit Court of Appeals, sitting in Houston, Texas, on the afternoon of October 5, 2010.

4.  In order to adequately prepare his argument before the Court of Appeals,

Movant asks that the Court reschedule this hearing until after October 5, 2010, other than on October 14, 2010 when Movant is scheduled to appear and argue before the Supreme Court of the State of Texas.

5. Movant has conferred by phone on September 30, 2010 with Darren Gibson, opposing counsel herein, who is unopposed to this Motion.

6. Opposing counsel, Mr. Gibson has expressed the desire that the Court reschedule to the afternoon of Thursday, October 7, 2010.

7. Therefore, Movant respectfully moves the Court to reschedule the hearing on his Motion to Withdraw until after October 5, 2010.

Respectfully submitted,
WATTS & ASSOCIATES

/S/ LW
Larry Watts, SBN 20981000
FID 7092
P.O. Box 2214
Missouri City, Texas 77459
Phone (281) 431-1500
Fax (877) 797-4055
Wattstrial@gmail.com

CERTIFICATE OF CONFERENCE

I, Larry Watts, certify that I conferred by telephone with Darren Gibson on September 30, 2010 and he is unopposed to this motion.

/S/ LW
Larry Watts

## VERIFICATION

I, Larry Watts verify upon penalty of perjury that the above and foregoing statements of fact are true and correct to my personal knowledge.

/S/ LW
Larry Watts

## CERTIFICATE OF SERVICE

I, Larry Watts certify that a true and correct copy of this document has been served on opposing counsel by filing with the clerks CM/ECF filing system on September 30, 2010.

/S/ LW
Larry Watts