UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-09-2798 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER HOUSTON, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Having considered movant's unopposed second motion to reschedule hearing on Larry Watts' motion to withdraw as counsel for plaintiff, the Court Orders that same is DENIED. The plaintiff should be present for the hearing.

It is so Ordered.

SIGNED at Houston, Texas this 1st day of October, 2010.

_____
Kenneth M. Hoyt
United States District Judge