UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-09-2798 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER HOUSTON, | § § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the motion of Larry Watts to withdraw as counsel for the plaintiff and the defendant, The University of Texas Health Science Center at Houston's, response to the motion.

It is so Ordered that the motion is GRANTED;

It is further Ordered that the plaintiff obtain new counsel by December 30, 2010; otherwise, the plaintiff will proceed *pro se*; and

It is Ordered that the Court's February 9, 2010, scheduling order is amended as follows:

| | |
|---|---|
| Resumption of the plaintiff's deposition: | On or after January 10, 2011 |
| Discovery to be completed by: | March 30, 2011 |
| Dispositive motions due by: | April 15, 2011 |
| Docket called to be held at 11:30 a.m. on: | June 6, 2011 |

SIGNED at Houston, Texas this 4th day of October, 2010.

_____
Kenneth M. Hoyt
United States District Judge