United States District Court
Southern District of Texas
FILED

JAN 21 2011

David J. Bradley, Clerk of Court

January 20, 2011

Clerk, U.S. District Court
P. O. Box 61010
Houston, TX  77208
ATTN:  The Honorable Kenneth M. Hoyt
United States District Judge
Southern District of Texas

Dear Honorable Judge Hoyt,

This letter is to inform you that I am voluntarily withdrawing to my case.

My case # is 4:09cv2798.

If you have any questions, please do not hesitate to contact me at 832-392-883.

Thank you.

*[signature]*
Edith Palos

Gavin Patel
170 L Fairwood
Pasadena TX 77506

HOUSTON TX 773
20 JAN 2011 PM 4 T

Clerk US District Court
P.O. Box 61010
Houston, TX 77208
Case # 4:09 cv 2798