IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS, § | | |
|     *Plaintiff*, § | Civ. Action No. 4:09-cv-02798 | |
| § | | |
| v. § | | |
| § | | |
| UNIVERSITY OF TEXAS HEALTH § | | |
| SCIENCE CENTER AT HOUSTON, § | | |
|     *Defendant*. § | | |
| § | | |

_____

### DEFENDANT'S CONSENT TO NOTICE OF VOLUNTARY DISMISSAL
_____

TO THE HON. KENNETH M. HOYT, UNITED STATES DISTRICT JUDGE:

    Defendant The University of Texas Health Science Center at Houston ("UTHealth") files this consent to the notice of voluntary dismissal filed by Plaintiff [Dkt. # 30]. UTHealth hereby consents to the voluntary dismissal of this case pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41. A proposed order dismissing this case is included with this consent.

                                  Respectfully submitted,

                                  GREG ABBOTT
                                  Attorney General of Texas

                                  DANIEL T. HODGE
                                  First Assistant Attorney General

                                  BILL COBB
                                  Deputy Attorney General for Civil Litigation

                                  DAVID MATTAX
                                  Director of Defense Litigation

                                  ROBERT B. O'KEEFE
                                  Chief, General Litigation Division

_/s/ Darren G. Gibson_____
**DARREN G. GIBSON**
Attorney-In-Charge
Texas Bar No. 24068846
Southern District No. 1041236
Darren.Gibson@oag.state.tx.us
Assistant Attorney General
Office of the Attorney General
General Litigation Division -019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

*ATTORNEYS FOR DEFENDANT THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Consent to Voluntary Dismissal was filed via the *CM/ECF system* on January 24, 2011, and sent via certified mail, return receipt requested, to:

Edith Palos
1702 Fairwood
Pasadena, Texas  77502
*Pro Se Plaintiff*

___/s/ Darren G. Gibson_____
**DARREN G. GIBSON**
Assistant Attorney General