UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDITH PALOS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-09-2798 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER HOUSTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered Plaintiff's notice of voluntary dismissal and Defendant The University of Texas Health Science Center at Houston's consent to such dismissal, and is of the opinion that dismissal is warranted pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41.

IT IS THEREFORE ORDERED that all of Plaintiff's claims and causes of action are hereby DISMISSED.

SIGNED at Houston, Texas this 25th day of January, 2011.

_____
Kenneth M. Hoyt
United States District Judge